1

2

3

4

5

6              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
7                      AT SEATTLE

8   UNITED STATES OF AMERICA,

9                        Plaintiff,        Case No. 0979 3:10CR00237-001-K1

10        v.                               **DETENTION ORDER**

11  STEVEN ALLEN GUY,

12                       Defendant.

13        The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

14  and based upon the factual findings and statement of reasons for detention hereafter set forth,

15  finds that no condition or combination of conditions which the defendant can meet will

16  reasonably assure the appearance of the defendant as required and the safety of any other person

17  and the community.

18        **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

19        (1)     Defendant was convicted of Bank Robbery and placed on supervision in the

20  United States District Court for the District of Oregon -Portland, on the 18th day of April, 2011.

21  Defendant was sentenced to 75 months custody of the Bureau of Prisons, to be followed by a 3-

22  year term of supervised release, and the general terms and conditions theretofore adopted by the

23  court were imposed.  The term of supervised release commenced on October 6, 2016.  A Petition

on Probation and Supervised Release was filed on June 2, 2017 recommending a warrant and order to show cause be issued based on allegations that the release terms were violated. An Arrest Warrant was issued that same day. The Defendant was arrested and subsequently appeared in United States District Court for the Western District of Washington at Seattle. The defendant through his attorney made no argument as to release, lodged no objections to the contents of the United States Probation and Pretrial report, stipulated to detention and Order of Transfer to the District of Oregon - Portland.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending transfer to the U.S. District Court for the District of Oregon – Portland. The Defendant shall remain in custody pending further adjudication and proceedings conducted in the District of Oregon;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this ___1st___ day of _August_, 2017.

PAULA L. MCCANDLIS
United States Magistrate Judge